A CERTIFIED TRUE COPY

APR 21 2000

ATTEST *LaTaunya Darden*
FOR THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 4-26-00
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
FILED
April 5, 2000
MICHAEL J. BECK
CLERK OF THE PANEL

*DOCKET NO. 1203*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION*

FILED
APR 24 2000
MICHAEL E. KUNZ, Clerk
By ______ Dep. Clerk

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-54)*

On December 10, 1997, the Panel transferred nine civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 1,990 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Louis C. Bechtle.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Bechtle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 181 F.R.D. 1, 10, the actions on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of December 10, 1997 (1997 WL 774-929), as amended on January 6, 1998, cited at 990 F. Supp. 834 (J.P.M.L. 1998), and, with the consent of that court, assigned to the Honorable Louis C. Bechtle.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

APR 21 2000

CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED MAY 0 2 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

April 5, 2000

MICHAEL J. BECK
CLERK OF THE PANEL

# SCHEDULE CTO—54 — TAG ALONG CASES
## DOCKET NO. 1203
## IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| ALABAMA NORTHERN | | |
| ALN | 2 | 00-392 |
| ALN | 2 | 00-474 |
| ARKANSAS EASTERN | | |
| ARE | 3 | 00-70 |
| CALIFORNIA CENTRAL | | |
| CAC | 2 | 00-2289 |
| CALIFORNIA NORTHERN | | |
| CAN | 3 | 99-5267 |
| FLORIDA MIDDLE | | |
| opposed ~~FLM~~ | ~~8~~ | ~~99-2528~~ |
| ~~FLM~~ | ~~8~~ | ~~99-2529~~ |
| ~~FLM~~ | ~~8~~ | ~~99-2532~~ |
| FLORIDA SOUTHERN | | |
| FLS | 0 | 00-6239 |
| GEORGIA MIDDLE | | |
| GAM | 5 | 00-39 |
| GAM | 7 | 00-16 |
| GEORGIA NORTHERN | | |
| GAN | 3 | 00-11 |
| GEORGIA SOUTHERN | | |
| GAS | 4 | 00-21 |
| IOWA SOUTHERN | | |
| IAS | 4 | 99-90718 |
| IAS | 4 | 00-90053 |
| ILLINOIS CENTRAL | | |
| ILC | 1 | 99-1339 |
| ILLINOIS SOUTHERN | | |
| ILS | 4 | 00-4019 |
| KANSAS | | |
| KS | 2 | 99-2469 |
| KS | 2 | 99-2470 |
| KS | 2 | 99-2471 |
| KS | 2 | 99-2482 |
| KS | 2 | 99-2496 |
| KS | 2 | 99-2560 |
| KS | 2 | 00-2014 |
| KS | 2 | 00-2079 |
| KS | 6 | 99-1514 |
| KENTUCKY EASTERN | | |
| KYE | 5 | 99-501 |
| MASSACHUSETTS | | |
| MA | 1 | 00-10125 |
| MARYLAND | | |
| MD | 8 | 00-369 |
| MINNESOTA | | |
| MN | 0 | 00-493 |
| MISSOURI EASTERN | | |
| MOE | 4 | 99-1407 |
| MISSOURI WESTERN | | |
| MOW | 4 | 99-763 |
| MISSISSIPPI SOUTHERN | | |
| MSS | 3 | 00-155 |
| NORTH CAROLINA EASTERN | | |
| NCE | 5 | 00-96 |
| NCE | 7 | 99-241 |
| NCE | 7 | 00-23 |
| NCE | 7 | 00-24 |
| NCE | 7 | 00-26 |
| NCE | 7 | 00-27 |
| NORTH CAROLINA MIDDLE | | |
| NCM | 1 | 00-162 |
| NCM | 1 | 00-202 |
| NEW YORK EASTERN | | |
| NYE | 1 | 99-5936 |
| NEW YORK NORTHERN | | |
| NYN | 3 | 99-1379 |
| NEW YORK SOUTHERN | | |
| NYS | 1 | 00-245 |
| NYS | 1 | 00-624 |
| NYS | 1 | 00-1095 |
| opposed ~~NYS~~ | ~~1~~ | ~~00-1189~~ |
| NEW YORK WESTERN | | |
| NYW | 6 | 00-6049 |
| OHIO SOUTHERN | | |
| OHS | 1 | 00-97 |
| OHS | 1 | 00-121 |
| OKLAHOMA NORTHERN | | |
| OKN | 4 | 99-770 |
| OKN | 4 | 99-978 |
| OKN | 4 | 00-78 |
| OKN | 4 | 00-79 |
| OKLAHOMA WESTERN | | |
| opposed ~~OKW~~ | ~~5~~ | ~~00-402~~ |
| PENNSYLVANIA WESTERN | | |
| PAW | 2 | 99-1556 |
| SOUTH DAKOTA | | |
| SD | 4 | 00-4021 |
| TENNESSEE MIDDLE | | |
| TNM | 3 | 00-153 |
| TEXAS NORTHERN | | |
| TXN | 3 | 00-121 |
| TEXAS WESTERN | | |
| TXW | 5 | 99-1481 |
| UTAH | | |
| UT | 2 | 00-113 |
| UT | 2 | 00-114 |
| UT | 2 | 00-115 |
| UT | 2 | 00-116 |
| UT | 2 | 00-117 |
| UT | 2 | 00-118 |
| UT | 2 | 00-119 |
| UT | 2 | 00-120 |
| UT | 2 | 00-121 |
| UT | 2 | 00-122 |
| UT | 2 | 00-123 |
| UT | 2 | 00-124 |
| UT | 2 | 00-125 |
| WASHINGTON EASTERN | | |
| WAE | 2 | 00-53 |
| WASHINGTON WESTERN | | |
| WAW | 2 | 00-88 |
| WAW | 3 | 00-5038 |
| WAW | 3 | 00-5103 |